1  Gold & Witham
   Attorneys at Law
2  5000 East Spring Street, Suite 610
   Long Beach, California 90815
3  Tel: (562) 938-7771   FAX (562) 938-7111

4
   Attorneys for Defendant, Anthony Grbac
5

6

7              UNITED STATES DISTRICT COURT

8             EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES GOVERNMENT,        )     DOCKET NO. 6:08 MJ00188-WMW
10                                  )
               Plaintiff,           )
11                                  )     STIPULATION TO CONTINUE
                                    )
12                                  )
   vs                               )
13                                  )
               Anthony Grbac,       )
14                                  )
               Defendant.           )
15                                  )
                                    )
16 _____ )

17
        IT IS HEREBY STIPULATED by and between the Defendant, Anthony Grbac, his
18
   attorney of record, Jeffrey Lewis Gold, and the Legal Officer for the United States
19
   Government, Edward Dunlavey, that the Initial Appearance in the above-captioned matter
20
   currently scheduled for October 7, 2008, at 10:00 a.m. be continued to November 18, 2008
21
   at 10:00 a.m.
22
   Dated:  October 6, 2008
23
                                        By: /s/Jeffrey Lewis Gold
24                                          Jeffrey Lewis Gold
                                            Attorney for Defendant
25

26 Dated: October 7, 2008
                                        By: /s/   Edward Dunlavey
27

28                              1

Edward Dunlavey
Legal Officer for
United States Government

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance of Initial appearance Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Initial Appearance for Defendant Grbac shall be continued to November 18, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 8, 2008                                    /s/  William M. Wunderlich
                                                                           UNITED STATES MAGISTRATE JUDGE