# United States District Court

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
| V. | |
| Anthony Grbac | CASE NUMBER: 6:08-mj-00188-YNP |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

Dated: 5 June 2009

/s/ Dennis L. Beck
U.S. Magistrate Judge